IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SONIA HARRIS AND LAWRENCE HARRIS, | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CIVIL ACTION: 5:16-cv-00953-OLG |
| ASI LLOYDS | § § § | |
| *Defendant.* | § | |

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

TO THE HONORABLE U.S. DISTRICT COURT:

NOW COME **SONIA HARRIS** and **LAWRENCE HARRIS,** Plaintiffs in the above numbered and captioned action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby files this Notice of Dismissal With Prejudice, and as grounds therefore would show the Court that Plaintiffs no longer desire to prosecute this cause of action against Defendant **ASI LLOYDS.**

Plaintiffs **SONIA HARRIS** and **LAWRENCE HARRIS** pray and request that the Court dismiss this matter, as to Defendant, **ASI LLOYDS** with prejudice to Plaintiffs ever refiling same.

Respectfully submitted,

Calhoun Law Firm, PLLC
1350 North Loop 1604, Ste. 104
San Antonio, TX 78232
(210)495-6789
(210)495-6790 FAX

By: */s/ Shelly Enyart (Calhoun)*
MICHELLE ENYART (CALHOUN)
State Bar No. 24068246
shelly@calhounattorney.com
WILLIAM LEE CALHOUN
State Bar No. 24078300
lee@calhounattorney.com
ATTORNEYS FOR PLAINTIFFS

**AGREED AS TO FORM AND SUBSTANCE:**

BROCK PERSON GUERRA REYNA, P.C.
17339 Redland Road
San Antonio, Texas  78247-2304
(210) 979-0100
(210) 979-7810 (FAX)

BY:   */s/ Michael I. Ramirez*
        MICHAEL I. RAMIREZ
        State Bar No. 24008604
        mramirez@bpgrlaw.com
        GREGORY D. PEREZ
        State Bar No. 24082587
        Email: gperez@bpgrlaw.com
ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with Federal Rules of Civil Procedure via electronic filing on this 22nd day of March, 2017, to:

| | |
|---|---|
| Michael I. Ramirez | mramirez@bpgrlaw.com |
| Gregory D. Perez | awickern@bpgrlaw.com |
| Brock Person Guerra Reyna, P.C. | |
| 17339 Redland Road | |
| San Antonio, Texas 78247 | |
| *Attorneys for Defendants* | |

            */s/ Shelly Enyart (Calhoun)*
            MICHELLE ENYART (CALHOUN)
            WILLIAM LEE CALHOUN